No. 92–1689.  RAFFERTY *v.* HALPRIN ET AL.  C. A. 2d Cir.
Certiorari denied.

No. 92–6698.  GATES *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 92–6730.  SWARTZ *v.* FLORIDA BAR ET AL.  C. A. 11th Cir.
Certiorari denied.

No. 92–6838.  BECKLEY *v.* UNITED STATES.  C. A. 6th Cir.
Certiorari denied.

No. 92–7025.  JONES *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 92–7145.  GALINDO *v.* YLST, WARDEN, ET AL.  C. A. 9th
Cir.  Certiorari denied.

No. 92–7214.  BROOKS *v.* UNITED STATES.  C. A. 10th Cir.
Certiorari denied.

No. 92–7249.  HOLLY *v.* TRUE, WARDEN, ET AL.  C. A. 7th Cir.
Certiorari denied.

No. 92–7302.  COX *v.* MISSOURI.  Ct. App. Mo., Eastern Dist.
Certiorari denied.

No. 92–7309.  PHILLIPS *v.* UNITED STATES.  C. A. 5th Cir.
Certiorari denied.

No. 92–7377.  HERNANDEZ *v.* UNITED STATES.  C. A. 5th Cir.
Certiorari denied.

No. 92–7378.  ELBROUL *v.* UNITED STATES.  C. A. 2d Cir.
Certiorari denied.

No. 92–7390.  GONZALEZ *v.* UNITED STATES.  C. A. 5th Cir.
Certiorari denied.

No. 92–7431.  GALLEGO *v.* NEVADA.  Sup. Ct. Nev.  Certiorari
denied.

No. 92–7486.  ECHAVARRIA *v.* NEVADA.  Sup. Ct. Nev.  Certiorari denied.

No. 92–7503.  FURLOW *v.* UNITED STATES.  C. A. 8th Cir.
Certiorari denied.